1  TIMOTHY K. BRANSON (SBN: 187242)
2  tbranson@grsm.com
   GORDON REES SCULLY MANSUKHANI
3  101 W. Broadway Suite 2000
4  San Diego, CA 92101
   Telephone: (619) 230-7441
5  Facsimile: (619) 696-7124

6
7  Attorneys for Defendant
   SALEM MEDIA GROUP, INC.
8

9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA
11

| ANDREW BOYD, III, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>SALEM MEDIA GROUP, INC.,<br><br>Defendant. | CASE NO. 2:25-CV-01288<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT FOR AN ADDITIONAL 45 DAYS**<br><br>Complaint served: February 20, 2025<br>Current response date: March 13, 2025<br>New response date: April 27, 2025 |
|---|---|

Plaintiff, Andrew Boyd III, and Defendant, Salem Media Group, Inc., by and through their respective counsel of record, stipulate as follows:

WHEREAS, Defendant was served with the Summons and Complaint in this matter on February 20, 2025;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1), Defendant's responsive pleading deadline is originally due on March 13, 2025;

WHEREAS, good cause exists to extend the time for Defendant to respond to the Complaint as the deadline to respond to the Complaint has not expired, and Defendant requires additional time to evaluate the allegations and prepare an appropriate response to the Complaint;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant through their respective attorneys, that Defendant's time to answer, move, or otherwise respond to Plaintiff's Complaint shall be extended up to and including April 27, 2025.

IT IS SO STIPULATED.

Dated: March 12, 2025                      HEDIN LLP

                                           By:  */s/ Frank S. Hedin*
                                                Frank S. Hedin
                                                Attorneys for Plaintiff
                                                ANDREW BOYD III

Dated:  March 12, 2025                     GORDON REES SCULLY MANSUKHANI

                                           By:  */s/ Timothy K. Branson*
                                                Timothy K. Branson
                                                Attorneys for Defendant
                                                SALEM MEDIA GROUP, INC.

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf this filing was submitted, concur in the filing's content and have authorized the filing.

Dated: March 12, 2025                      */s/ Timothy K. Branson*
                                           Timothy K. Branson

-2-
STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND
TO COMPLAINT FOR AN ADDITIONAL 45 DAYS                   Case No.2:25-cv-01288