1
2
3
4
5
6
7
8 UNITED STATES DISTRICT COURT
9 CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| ANDREW BOYD, III, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>SALEM MEDIA GROUP, INC.,<br><br>Defendant. | CASE NO. 2:25-CV-01288<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT FOR AN ADDITIONAL 45 DAYS**<br><br>Complaint served: February 20, 2025<br>Current response date: March 13, 2025<br>New response date: April 27, 2025 |

Pursuant to the Stipulation to Extend Defendant Salem Media Group Inc.'s time to respond to the Complaint by an additional 45 days, and good cause appearing, Defendant's time to answer, move, or otherwise respond to Plaintiff's Complaint is extended up to and including April 27, 2025.

IT IS SO ORDERED.

Dated: ___3/13/25___

_Annettway_
Honorable Anne Hwang

ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT
TO RESPOND TO COMPLAINT                                    Case No.2:25-cv-01288