1  TIMOTHY K. BRANSON (SBN: 187242)
2  tbranson@grsm.com
   GORDON REES SCULLY MANSUKHANI
3  101 W. Broadway Suite 2000
   San Diego, CA 92101
4  Telephone: (619) 230-7441
5  Facsimile: (619) 696-7124

6
   Attorneys for Defendant
7  SALEM MEDIA GROUP, INC.

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

12 | ANDREW BOYD, III, *individually and*      CASE NO. 2:25-CV-01288-AH-AJR
13 | *on behalf of all others similarly situated,*

                                               **NOTICE OF INTERESTED**
14 |                  Plaintiff,               **PARTIES PURSUANT TO**
                                               **LOCAL RULE 7.1-1**
15 |
       vs.
16 |
17 | SALEM MEDIA GROUP, INC.,
18 |                  Defendant.
19 |

20       Pursuant to Federal Rule of Civil Procedure 7.1 and Central District of

21 California Local Rule 7.1-1, defendant, Salem Media Group, Inc. ("Defendant"),

22 submits this Notice of Interested Parties. The undersigned, counsel of record for

23 Defendant, certifies that the following listed parties may have a pecuniary interest

24 in the outcome of the case. These representations are made to enable the Court to

25 evaluate possible disqualification and recusal.

26       1. Salem Media Group, Inc., has a pecuniary interest in the outcome of this

27          case.

28

-1-

NOTICE OF INTERESTED PARTIES                                       2:25-CV-01288

**Gordon Rees Scully Mansukhani, LLP**
101 W. Broadway, Suite 2000
San Diego, CA 92101

1    2. Tokio Marine has a pecuniary interest in the outcome of this case.

2    3. Defendant does not have a parent corporation.

3    4. No publicly held corporation holds 10% or more stock in Defendant.

4

5    Dated:  March 26, 2025                    /s/ Timothy K. Branson
                                              Timothy K. Branson

6

7

8

9

10

11

**Gordon Rees Scully Mansukhani, LLP**
101 W. Broadway, Suite 2000
San Diego, CA  92101

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28