TIMOTHY K. BRANSON (SBN: 187242)
tbranson@grsm.com
GORDON REES SCULLY MANSUKHANI
101 W. Broadway Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7441
Facsimile: (619) 696-7124

Attorneys for Defendant
SALEM MEDIA GROUP, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| ANDREW BOYD, III, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>SALEM MEDIA GROUP, INC.,<br><br>Defendant. | Case no. 2:25-CV-01288-AH-AJR<br><br>**NOTICE OF SETTLEMENT** |
|---|---|

Pursuant to Local Rule 40-2, Defendant SALEM MEDIA GROUP, INC., hereby notifies the Court that the parties have reached a settlement and are currently memorializing the terms of the agreement. A formal notice of dismissal of this action will be filed once the settlement agreement has been fully executed by the parties.

Dated: May 19, 2025

GORDON REES SCULLY MANSUKHANI

By: */s/ Timothy K. Branson*
Timothy K. Branson
Attorneys for Defendant
SALEM MEDIA GROUP, INC.