UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

JS-6

| | |
|---|---|
| Case No. 2:25-cv-01288-AH-AJR | Date July 22, 2025 |
| Title *Andrew Boyd v. Salem Media Group, Inc.* | |

Present: The Honorable   ANNE HWANG, United States District Judge

| Maria Lindaya | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION

On May 23, 2025, the Court issued an Order re Settlement [17], which ordered parties to file a stipulation and order for dismissal, a notice of voluntary dismissal, or a judgment by June 20, 2025. As of this date, no written response has been filed.

The Court orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**